# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BARBARA H. ENGBERG

    vs                    Case No. 3:10cv64/RV/EMT

MICHAEL J. ASTRUE

_____

## ORDER

Plaintiff's documents (proofs of service) identified on the electronic docket as **"AFFIDAVITS OF SERVICE"** (documents 5, 6, and 7; electronically filed April 5, 2010), were referred to the undersigned with the following deficiency:

    No signed affidavits were submitted along with the proofs of service.

For this reason, it is **ORDERED** that:

    The documents shall remain in the electronic file, but the court will not consider them until you have corrected the above deficiencies through the filing of a corrected document.

**DONE and ORDERED** this 7th day of April 2010.

                                /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**