IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARBARA H. ENGBERG,
     Plaintiff,

vs.                                   Case No.: 3:10cv64/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
     Defendant.
_____/

# O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 22, 2011 (doc. 32).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

     Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Plaintiff's "Application for Attorney Fee Under the Equal Access to Justice Act" (doc. 30) is **GRANTED** as follows:

> Plaintiff, Barbara Engberg, shall recover fees in the amount of $5,750.00, for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).  The United States forthwith shall issue a check payable directly to Ms. Engberg.

     **DONE AND ORDERED** this 23rd day of January, 2012.


                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**